IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL BURRESS,

    Plaintiff,

v.

STATE OF GEORGIA et al.,

DETECTIVE RODRIGUZE, Garden City Police Department,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-163

**O R D E R**

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED** this 25th day of August, 2023.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA